# EXHIBIT C

# MARIST

Marist College

Melanie Fedele Spring 2020 Tuition & Fees Statement

```
================================Tuition & Fees==================================

Tuition Spring 2020                    $20,860.00
Activity Fee                               140.00
Health Service Fee                         160.00
Course fee (Fashion)                        60.00

   Total Tuition & Fees                $21,220.00


==============================Financial Aid & Payments==========================

Alumni Scholarship                      $3,000.00
Online Check Payment                       570.00
Wells Fargo Loan                        16,861.00

   Total Financial Aid & Payments      $ 20,431.00




==========================Adjustments===========================================

Covid 19 Health Fee Adjustment          $ <74.00>
Covid 19 Activity Fee Adjustment          <65.00>

   Total Adjustments                   $ <139.00>




                       Previous Semester Credit Balance:  $    -650.00


                                   Total Tuition & Fees:  $ 21,220.00
                          Total Financial Aid & Payments:   -20,431.00
                                      Total Adjustments:      -139.00

                                           AMOUNT DUE: $      0.00
```

Student ID ▮▮▮▮▮▮▮▮
Melanie R. Fedele
8 Cedarcliff Road
Staten Island, NY 10301-4402