# EXHIBIT D

| | |
|---|---|
| **From:** | Michelle Stokes on behalf of Thomas Wermuth |
| **To:** | mar-stu@marist.edu |
| **Subject:** | Message to Marist Students |
| **Date:** | Friday, March 20, 2020 3:55:12 PM |

Dear Students,

Spring Break is in full swing, and I hope each of you are taking some time for yourself, staying well, and getting prepared for online coursework. Although no one could have predicted in January that we would be making this transition, our faculty and staff are committed to ensuring that this will not stall or delay progress toward the completion of your degree.

*Your Studies This Semester*

When the Spring Semester resumes on **March 30**, you will continue your courses through the iLearn platform with the same professors and classmates you have been studying with previously. When you log in to your courses you will find a welcome from your professor with a revised syllabus. Many of you have used iLearn previously, but for those of you who haven't, you should start with these online resources and tutorials.

When you enter iLearn you will find all of your spring courses readily accessible on your favorite bar. You will not be required to be at your laptop at a specific time of day for lectures. We realize that students are now in multiple different time zones, with varying levels of access to technology and network capabilities. Although Marist has the technological capabilities to provide robust access for students, many experts anticipate that networks themselves will be stressed due to increased levels of usage. Some assignments, tests, and quizzes may have timed components, and instructors do have the option to schedule supplemental synchronous activities. Be sure to follow the directions of your instructors closely in order to stay current on course events.

Marist is a leader in digital education. The Cannavino Library will continue to connect our students with more than one hundred thousand journal subscriptions and millions of books, all of which are accessible here online, and the library will offer the same one-to-one services (albeit online) for which it is recognized. All academic offices will remain available and responsive to your needs throughout the final weeks of the spring semester. In addition to the library, the Academic Learning Center, the Center for Academic Advising Services, the Office of Accommodations and Accessibility, and the Writing Center will continue to provide resources for all students to be successful. Each of these vital academic support centers will continue to offer all of their resources online to students.

*Looking Ahead*

We know that many of you have questions about registration for the Summer and Fall semesters. The Registrar's Office and faculty advisers will ensure that you receive the resources needed to make informed decisions about your schedule. An update and timeline on the advisement and registration process will be sent by **Friday, April 3**.

Marist's commitment to your education continues beyond the conclusion of the spring semester, and we remain focused on your success both inside and outside of the classroom.

We are aware that many of you are currently applying for internships, jobs, and to graduate schools. To this end, the Center for Career Services will continue to provide student-centered resources and information about internships, employment opportunities, and graduate schools.

The senior leadership of the college is monitoring this transition to ensure that it goes smoothly for all students. While we have worked diligently to anticipate every challenge associated with these changes, we want to keep an open line of communication. We encourage you to work regularly with your academic adviser. The Help Desk is available for assistance with technology. You can reach them at digital.education@marist.edu and 845-575-4357. Academic questions can be emailed to academic.affairs@marist.edu. In any written communication please include your full name, your CWID, and any information necessary to adequately address your question.

I know I speak for everyone in the Marist community when I say how much we appreciate your flexibility during these unprecedented times. We look forward to welcoming you online!

Sincerely,

Thomas S. Wermuth
Vice President for Academic Affairs