# EXHIBIT E

# MARIST

## TRANSCRIPT OF ACADEMIC RECORD

Issued To:

Page: 1
Date Issued: 13-AUG-2020
Level: Undergraduate

Sima Ahuja
via Google Drive

Student ID: ▮▮▮▮▮
Date of Birth: 26-DEC
Record Of:

Melanie R Fedele

---

Course Level: Undergraduate
  Only Admit: Fall 2016
  Matriculated: Fall 2016

Current Program
Bachelor of Science
        Program : BS in Business Administration
        College : Management
        Major : Business Administration
Maj/Concentration : Bus.Ad Emphasis:Customized
        Major : Fashion Merchandising
Maj/Concentration : Fashion Promotion Conc

Degree Awarded Bachelor of Science 31-MAY-2020
Primary Degree
        Program : BS in Business Administration
        College : Management
        Major : Business Administration
Maj/Concentration : Bus.Ad Emphasis:Customized
        Major : Fashion Merchandising
Maj/Concentration : Fashion Promotion Conc
    Inst. Honors: Cum Laude

| SUBJ | NO. | COURSE TITLE | CRED | GRD | R |
|------|-----|--------------|------|-----|---|
|      |     |              |      | PTS |   |

TRANSFER CREDIT ACCEPTED BY THE INSTITUTION:

Fall 2016      ST JOHNS UNIV STA IS

| SUBJ | NO. | COURSE TITLE | CRED | GRD | R |
|------|-----|--------------|------|-----|---|
| BIOL | 130L | GEN BIOLOGY I | 4.000 | T | |
| BIOL | 131L | GEN BIOLOGY II | 4.000 | T | |
| MATH | 108L | INTERM ALGEBRA | 3.000 | T | |
| MATH | 241L | CALCULUS I | 4.000 | T | |
| SPAN | 105L | INTER SPANISH I | 3.000 | T | |
| SPAN | 106L | INTER SPANISH II | 3.000 | T | |

    Ehrs: 21.000 QPts: 0.000
  GPA-Hrs: 0.000 GPA: 0.000

INSTITUTION CREDIT:

******************* CONTINUED ON NEXT COLUMN *******************

---

| SUBJ | NO. | COURSE TITLE | CRED | GRD | R |
|------|-----|--------------|------|-----|---|
|      |     |              |      | PTS |   |

Institution Information continued:

Fall 2016
  Management
  Business Administration

| SUBJ | NO. | COURSE TITLE | CRED | GRD | R |
|------|-----|--------------|------|-----|---|
| BUS | 100N | INTRO BUS & MGT | 3.000 | ▮ | |
| ECON | 103L | PRINC MICROECONOM | 3.000 | ▮ | |
| ENG | 119L | INTERM WRITING FOR COLLEGE | 3.000 | ▮ | |
| ENG | 150L | INTRO TO THEATRE | 3.000 | ▮ | |
| FYS | 101L | FIRST YEAR SEMINAR | 4.000 | ▮ | |

    Ehrs: 16.000 QPts: ▮
  GPA-Hrs: 16.000 GPA: ▮

Spring 2017
  Management
  Business Administration

| SUBJ | NO. | COURSE TITLE | CRED | GRD | R |
|------|-----|--------------|------|-----|---|
| ECON | 104L | PRINC MACROECONOM | 3.000 | ▮ | |
| ENG | 120L | WRITING FOR COLLEGE | 3.000 | ▮ | |
| FASH | 100L | FASHION IN CULTURE+COMMERCE | 3.000 | ▮ | |
| MATH | 130L | INTRO-STATIST I | 3.000 | ▮ | |
| PHIL | 101L | PHILOSOPHICAL PERSPECTIVES | 3.000 | ▮ | |

    Ehrs: 15.000 QPts: ▮
  GPA-Hrs: 15.000 GPA: ▮

******************** CONTINUED ON PAGE  2  ********************

OFFICIAL TRANSCRIPT FOR YOUR EXCLUSIVE USE
Not to be given to the student or a third party under any
circumstances as per FERPA of 1974

SIGNATURE OF THE REGISTRAR
Not valid as an official transcript without multicolored seal of college and signature of Registrar

3399 North Road, Poughkeepsie, New York 12601
(845) 575-3250



OFFICIAL TRANSCRIPT FOR YOUR EXCLUSIVE USE
Not to be given to the student or
a third party under any circumstances.

OFFICIAL
TRANSCRIPT
Valid with
multicolor seal

REGISTRAR

**Marist College**
**3399 North Road**
**Poughkeepsie, NY 12601**

## ACCREDITATION

Marist College is accredited by the Middle States Association of Colleges and Universities on Higher Education.

## CALENDAR

Marist College operates on a semester calendar that consists of two semesters each lasting approximately fifteen weeks and condensed summer and winter sessions. Semesters may contain shorter sessions.

## CREDIT

Credits are recorded on a semester hour basis.

## TRANSCRIPT KEY

EHRS (Earned Hours)   =
   Marist credits + transfer credit + AP + P + LW + CBE

PTS = (Points)
   Points accumulated for each grade received.

R = Repeated course Indicator
   I - Include in GPA Calculation
   E - Exclude from GPA Calculation

GPA (Grade Point Average) =
   Quality Points ÷ Quality Hours.

QPTS (Quality Points)   =
   Total points accumlated for both term and overall

GPA-HRS (Grade Point Average Hours) =
   Hours calculated into the GPA

## RELEASE OF TRANSCRIPT

This transcript may not be released to other parties. FERPA, the Family Educational Rights and Privacy Act of 1974 prohibits release of this information without the student's written consent.

## DEFINITION OF GRADES

### UNDERGRADUATE:

| | | |
|---|---|---|
| A | = | 4.0 |
| A- | = | 3.7 |
| B+ | = | 3.3 |
| B | = | 3.0 |
| B- | = | 2.7 |
| C+ | = | 2.3 |
| C | = | 2.0 |
| C- | = | 1.7 |
| D+ | = | 1.3 |
| D | = | 1.0 |
| F | = | FAILURE |
| NC | = | NO CREDIT |
| I | = | INCOMPLETE |
| P | = | PASS |
| LW | = | LIFE/WORK EXP. CREDIT |
| W | = | WITHDREW – NO PENALTY |
| WF | = | WITHDREW – FAILING |
| AP | = | ADVANCED PLACEMENT |
| U | = | UNSATISFACTORY |
| CBE | = | CREDIT BY EXAMINATION |
| AU | = | AUDIT |

### Academic Probation

At the end of each semester, students with semester and/or cumulative indices of less than 2.0 are subject to Academic Warning, Probation or Dismissal, as determined by the Faculty Academic Standards Committee.

## GRADUATE:

**Prior to Spring 1999 Semester:**

| | | |
|---|---|---|
| A | = | 4.0 |
| B+ | = | 3.5 |
| B | = | 3.0 |
| C+ | = | 2.5 |
| C | = | 2.0 |
| F | = | FAILURE |
| I | = | INCOMPLETE |
| S | = | SATISFACTORY |
| P | = | PASS |
| NC | = | NO CREDIT |
| X | = | IN PROGRESS |
| AU | = | COMPLETION OFAUDITED COURSE |
| W | = | WITHDREW – NO PENALTY |
| WF | = | WITHDREW – FAILING |

**Beginning Spring 1999 Semester**

| | | |
|---|---|---|
| A | = | 4.0 |
| A- | = | 3.7 |
| B+ | = | 3.3 |
| B | = | 3.0 |
| B- | = | 2.7 |
| C+ | = | 2.3 |
| C | = | 2.0 |
| F | = | FAILURE |
| I | = | INCOMPLETE |
| S | = | SATISFACTORY |
| P | = | PASS |
| NC | = | NO CREDIT |
| X | = | IN PROGRESS |
| AU | = | COMPLETION OF AUDITED COURSE |
| W | = | WITHDREW – NO PENALTY |
| WF | = | WITHDREW – FAILING |

# MARIST

## TRANSCRIPT OF ACADEMIC RECORD

Issued To:

Sima Ahuja
via Google Drive

Page: 2
Date Issued: 13-AUG-2020
Level: Undergraduate

Student ID: ███████
Date of Birth: 26-DEC
Record Of:

Melanie R Fedele

| SUBJ | NO. | COURSE TITLE | CRED | GRD PTS | R |
|------|-----|--------------|------|---------|---|
| Institution Information continued: | | | | | |
| **Fall 2017** | | | | | |
| Management | | | | | |
| Business Administration | | | | | |
| ACCT | 203N | FINANCIAL ACCTNG | 3.000 | | |
| BUS | 202N | GLOBAL BUS & SOC | 3.000 | | |
| COM | 102L | INTRO TO COMM | 3.000 | | |
| FASH | 200N | TEXTILES | 3.000 | | |
| FASH | 245N | DIGITAL FASHION DESIGN I | 3.000 | | |
| | Ehrs: | 15.000 QPts: | | | |
| | GPA-Hrs: | 15.000 GPA: | | | |
| **Spring 2018** | | | | | |
| Management | | | | | |
| Business Administration | | | | | |
| ACCT | 204N | MANAGERIAL ACCTNG | 3.000 | | |
| BUS | 301N | HR MANAGEMNT | 3.000 | | |
| BUS | 340N | MARKTNG PRINCIP | 3.000 | | |
| BUS | 382N | LGL FOUND OF BUS | 3.000 | | |
| FASH | 235N | TREND FRCST+ANYLSIS | 3.000 | | |
| FASH | 265N | RETAILING PRINC+PRACTICES | 3.000 | | |
| | Ehrs: | 18.000 QPts: | | | |
| | GPA-Hrs: | 18.000 GPA: | | | |

******************* CONTINUED ON NEXT COLUMN *******************

| SUBJ | NO. | COURSE TITLE | CRED | GRD PTS | R |
|------|-----|--------------|------|---------|---|
| Institution Information continued: | | | | | |
| **Fall 2018** | | | | | |
| Management | | | | | |
| Business Administration | | | | | |
| BUS | 302N | ORGANIZ BEHAVIOR | 3.000 | | |
| CMPT | 300L | MANAGEMENT INFOR SYSTEMS | 3.000 | | |
| FASH | 300N | PRODUCT DEVELPMNT | 3.000 | | |
| FASH | 306L | SUSTAINABLITY IN FASH | 3.000 | | |
| HIST | 228L | AMER SINCE 1945 | 3.000 | | |
| REST | 209L | WORLD RELIGIONS | 3.000 | | |
| | Ehrs: | 18.000 QPts: | | | |
| | GPA-Hrs: | 18.000 GPA: | | | |
| **Spring 2019** | | | | | |
| Management | | | | | |
| Business Administration | | | | | |
| BUS | 320N | FINANCIAL MGMT | 3.000 | | |
| BUS | 388N | OPERATIONS MGT | 3.000 | | |
| COM | 103L | DIGITAL TOOLBOX | 3.000 | | |
| COM | 211L | FUND PUBL RELAT THRY+PRACT | 3.000 | | |
| FASH | 400N | FASH EMPLOY SEM | 1.000 | | |
| FASH | 455N | GLOBAL MERCH STRATEGIES | 3.000 | | |
| | Ehrs: | 16.000 QPts: | | | |
| | GPA-Hrs: | 16.000 GPA: | | | |
| **Fall 2019** | | | | | |
| Management | | | | | |
| Business Administration | | | | | |

********************** CONTINUED ON PAGE 3 *********************

OFFICIAL TRANSCRIPT FOR YOUR EXCLUSIVE USE
Not to be given to the student or a third party under any
circumstances as per FERPA of 1974

SIGNATURE OF THE REGISTRAR
Not valid as an official transcript without multicolored seal of college and signature of Registrar

3399 North Road, Poughkeepsie, New York 12601
(845) 575-3250





OFFICIAL TRANSCRIPT FOR YOUR EXCLUSIVE USE
Not to be given to the student or
a third party under any circumstances.

OFFICIAL TRANSCRIPT
Valid with
multicolor seal

REGISTRAR

**Marist College**
**3399 North Road**
**Poughkeepsie, NY 12601**

## ACCREDITATION

Marist College is accredited by the Middle States Association of Colleges and Universities on Higher Education.

## CALENDAR

Marist College operates on a semester calendar that consists of two semesters each lasting approximately fifteen weeks and condensed summer and winter sessions. Semesters may contain shorter sessions.

## CREDIT

Credits are recorded on a semester hour basis.

## TRANSCRIPT KEY

EHRS (Earned Hours)          =
    Marist credits + transfer credit +
    AP + P + LW + CBE

PTS = (Points)
    Points accumulated for each
    grade received.

R = Repeated course Indicator
    I - Include in GPA Calculation
    E - Exclude from GPA Calculation

GPA (Grade Point Average) =
    Quality Points ÷ Quality Hours.

QPTS (Quality Points)          =
    Total points accumlated for both
    term and overall

GPA-HRS (Grade Point Average Hours)  =
    Hours calculated into the GPA

## RELEASE OF TRANSCRIPT

This transcript may not be released to other parties. FERPA, the Family Educational Rights and Privacy Act of 1974 prohibits release of this information without the student's written consent.

## DEFINITION OF GRADES

### UNDERGRADUATE:

| Grade | | Value |
|---|---|---|
| A | = | 4.0 |
| A- | = | 3.7 |
| B+ | = | 3.3 |
| B | = | 3.0 |
| B- | = | 2.7 |
| C+ | = | 2.3 |
| C | = | 2.0 |
| C- | = | 1.7 |
| D+ | = | 1.3 |
| D | = | 1.0 |
| F | = | FAILURE |
| NC | = | NO CREDIT |
| I | = | INCOMPLETE |
| P | = | PASS |
| LW | = | LIFE/WORK EXP. CREDIT |
| W | = | WITHDREW – NO PENALTY |
| WF | = | WITHDREW – FAILING |
| AP | = | ADVANCED PLACEMENT |
| U | = | UNSATISFACTORY |
| CBE | = | CREDIT BY EXAMINATION |
| AU | = | AUDIT |

### Academic Probation

At the end of each semester, students with semester and/or cumulative indices of less than 2.0 are subject to Academic Warning, Probation or Dismissal, as determined by the Faculty Academic Standards Committee.

## GRADUATE:

### Prior to Spring 1999 Semester:

| Grade | | Value |
|---|---|---|
| A | = | 4.0 |
| B+ | = | 3.5 |
| B | = | 3.0 |
| C+ | = | 2.5 |
| C | = | 2.0 |
| F | = | FAILURE |
| I | = | INCOMPLETE |
| S | = | SATISFACTORY |
| P | = | PASS |
| NC | = | NO CREDIT |
| X | = | IN PROGRESS |
| AU | = | COMPLETION OF AUDITED COURSE |
| W | = | WITHDREW – NO PENALTY |
| WF | = | WITHDREW – FAILING |

### Beginning Spring 1999 Semester

| Grade | | Value |
|---|---|---|
| A | = | 4.0 |
| A- | = | 3.7 |
| B+ | = | 3.3 |
| B | = | 3.0 |
| B- | = | 2.7 |
| C+ | = | 2.3 |
| C | = | 2.0 |
| F | = | FAILURE |
| I | = | INCOMPLETE |
| S | = | SATISFACTORY |
| P | = | PASS |
| NC | = | NO CREDIT |
| X | = | IN PROGRESS |
| AU | = | COMPLETION OF AUDITED COURSE |
| W | = | WITHDREW – NO PENALTY |
| WF | = | WITHDREW – FAILING |

# MARIST

## TRANSCRIPT OF ACADEMIC RECORD

Issued To:

Sima Ahuja
via Google Drive

Page: 3
Date Issued: 13-AUG-2020
Level: Undergraduate

Student ID: ████████
Date of Birth: 26-DEC
Record Of:

Melanie R Fedele



| SUBJ | NO. | COURSE TITLE | CRED | GRD | R |
|------|-----|--------------|------|-----|---|
| | | | | PTS | |
| Institution Information continued: | | | | | |
| BUS | 364N | ENTREPRENEURSHIP | 3.000 | ███ | |
| BUS | 440N | MARKETING COMM | 3.000 | ███ | |
| BUS | 477N | MGT STRATEGY POL | 3.000 | ███ | |
| ENG | 255L | INTRO TO LITERATURE | 3.000 | ███ | |
| FASH | 261N | EVENT PLANNING | 3.000 | ███ | |
| FASH | 315N | MPORIUM: RETAIL ENTPRNSHP | 3.000 | ███ | |
| | Ehrs: | 18.000 QPts: | ████ | | |
| | GPA-Hrs: | 18.000 GPA: | | | |

Spring 2020
    Management
    Business Administration

| SUBJ | NO. | COURSE TITLE | CRED | GRD | R |
|------|-----|--------------|------|-----|---|
| ART | 281L | HIST OF COSTUME | 3.000 | ███ | |
| BUS | 425N | ADV TOPICS IN ENTREPRENEURSHIP | 3.000 | ███ | |
| BUS | 441N | MARKETING RESEAR | 3.000 | ███ | |
| COM | 333L | APPLIED RESEARCH + ANALYTICS | 3.000 | ███ | |
| FASH | 381L | HIST OF MODERN FASHION | 3.000 | ███ | |
| FASH | 496L | INST: EVENT COMMUNICATION | 3.000 | ███ | |
| | Ehrs: | 18.000 QPts: | ████ | | |
| | GPA-Hrs: | 18.000 GPA: | | | |

Dean's List

****************** CONTINUED ON NEXT COLUMN ******************

| | | | | | |
|-----------|---------|-------------|---------|---|---|
| ********************* TRANSCRIPT TOTALS ********************* | | | | | |
| INSTITUTION | Ehrs: | 134.000 | QPts: | ████ | |
| | GPA-Hrs: | 134.000 | GPA: | | |
| TRANSFER | Ehrs: | 21.000 | QPts: | 0.000 | |
| | GPA-Hrs: | 0.000 | GPA: | 0.000 | |
| OVERALL | Ehrs: | 155.000 | QPts: | ████ | |
| | GPA-Hrs: | 134.000 | GPA: | | |
| ********************* END OF TRANSCRIPT ********************* | | | | | |

OFFICIAL TRANSCRIPT FOR YOUR EXCLUSIVE USE
Not to be given to the student or a third party under any
circumstances as per FERPA of 1974

SIGNATURE OF THE REGISTRAR
Not valid as an official transcript without multicolored seal of college and signature of Registrar

3399 North Road, Poughkeepsie, New York 12601
(845) 575-3250



OFFICIAL TRANSCRIPT
Valid with
multicolor seal

OFFICIAL TRANSCRIPT FOR YOUR EXCLUSIVE USE
Not to be given to the student or
a third party under any circumstances.

REGISTRAR

Marist College
3399 North Road
Poughkeepsie, NY 12601

## ACCREDITATION
Marist College is accredited by the Middle States Association of Colleges and Universities on Higher Education.

## CALENDAR
Marist College operates on a semester calendar that consists of two semesters each lasting approximately fifteen weeks and condensed summer and winter sessions. Semesters may contain shorter sessions.

## CREDIT
Credits are recorded on a semester hour basis.

## TRANSCRIPT KEY
EHRS (Earned Hours)   =
    Marist credits + transfer credit + AP + P + LW + CBE

PTS = (Points)
    Points accumulated for each grade received.

R = Repeated course Indicator
    I - Include in GPA Calculation
    E - Exclude from GPA Calculation

GPA (Grade Point Average) =
    Quality Points ÷ Quality Hours.

QPTS (Quality Points)   =
    Total points accumlated for both term and overall

GPA-HRS (Grade Point Average Hours) =
    Hours calculated into the GPA

## RELEASE OF TRANSCRIPT
This transcript may not be released to other parties. FERPA, the Family Educational Rights and Privacy Act of 1974 prohibits release of this information without the student's written consent.

## DEFINITION OF GRADES

### UNDERGRADUATE:
A = 4.0
A- = 3.7
B+ = 3.3
B = 3.0
B- = 2.7
C+ = 2.3
C = 2.0
C- = 1.7
D+ = 1.3
D = 1.0
F = FAILURE
NC = NO CREDIT
I = INCOMPLETE
P = PASS
LW = LIFE/WORK EXP. CREDIT
W = WITHDREW – NO PENALTY
WF = WITHDREW – FAILING
AP = ADVANCED PLACEMENT
U = UNSATISFACTORY
CBE = CREDIT BY EXAMINATION
AU = AUDIT

### Academic Probation
At the end of each semester, students with semester and/or cumulative indices of less than 2.0 are subject to Academic Warning, Probation or Dismissal, as determined by the Faculty Academic Standards Committee.

## GRADUATE:
### Prior to Spring 1999 Semester:
A = 4.0
B+ = 3.5
B = 3.0
C+ = 2.5
C = 2.0
F = FAILURE
I = INCOMPLETE
S = SATISFACTORY
P = PASS
NC = NO CREDIT
X = IN PROGRESS
AU = COMPLETION OF AUDITED COURSE
W = WITHDREW – NO PENALTY
WF = WITHDREW – FAILING

### Beginning Spring 1999 Semester
A = 4.0
A- = 3.7
B+ = 3.3
B = 3.0
B- = 2.7
C+ = 2.3
C = 2.0
F = FAILURE
I = INCOMPLETE
S = SATISFACTORY
P = PASS
NC = NO CREDIT
X = IN PROGRESS
AU = COMPLETION OF AUDITED COURSE
W = WITHDREW – NO PENALTY
WF = WITHDREW – FAILING