UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MELANIE FEDELE, individually and on
behalf all others similarly situated,
         Plaintiff,

v.

MARIST COLLEGE,
         Defendant.
--------------------------------------------------------------x
NICKESHA THOMAS and NOAH ZACCO,
individually and on behalf of all others
similarly situated,
         Plaintiffs,

v.

MERCY COLLEGE,
         Defendant.
--------------------------------------------------------------x

**ORDER**

20 CV 3559 (VB)

20 CV 3584 (VB)

By letter dated September 15, 2021, plaintiffs' counsel requests the Second Amended Complaint filed in Fedele v. Marist College, 20 CV 3559, and the Third Amended Complaint filed in Thomas v. Mercy College, 20 CV 3584, be withdrawn. The request is GRANTED.

Accordingly, it is HEREBY ORDERED:

1.    The Second Amended Complaint filed in Fedele v. Marist College, 20 CV 3559, and the Third Amended Complaint filed in Thomas v. Mercy College, 20 CV 3584, are deemed withdrawn.

2.    In accordance with the Court's August 10, 2021, Opinion and Order and September 15, 2021, Order, the Clerk is instructed to enter judgment in each case and close the cases (20 CV 3559, 20 CV 3584).

Dated: September 16, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1