# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
MELANIE FEDELE, individually and on behalf of
all others similarly situated,

                      Plaintiff,                    20 **CIVIL** 3559 (VB)

  -v-

MARIST COLLEGE,

                      Defendant.
-------------------------------------------------------------X
NICKESHA THOMAS and NOAH ZACCO,
individually and on behalf of all others similarly
situated,

                      Plaintiffs,                  20 **CIVIL** 3584 (VB)

    -against-                                  **JUDGMENT**

MERCY COLLEGE,

                      Defendant.
-------------------------------------------------------------X

   It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 16, 2021, and by letter dated September 15, 2021, plaintiffs' counsel requested the Second Amended Complaint filed in Fedele v. Marist College, 20 CV 3559, and the Third Amended Complaint filed in Thomas v. Mercy College, 20 CV 3584, be withdrawn. The request is GRANTED. Accordingly, it is HEREBY ORDERED: 1. The Second Amended Complaint filed in Fedele v. Marist College, 20 CV 3559, and the Third Amended Complaint filed in Thomas v. Mercy College, 20 CV 3584, are deemed withdrawn. 2. In accordance with the Court's August 10, 2021, Opinion and Order and September 15, 2021, Order, judgment is entered in each case; accordingly, the cases are closed.

**Dated:** New York, New York
September 16, 2021

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**   *K. Mango*
_____
**Deputy Clerk**